970

No. 77–1138. PATTERSON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 77–1140. DOYLE v. BOARD OF FIRE AND POLICE COMMISSIONERS OF THE VILLAGE OF SCHAUMBURG. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1143. JONES v. MISSOURI. Ct. App. Mo., Kansas City Dist. Certiorari denied.

No. 77–1147. FIRESTONE TIRE & RUBBER Co. v. TAYLOR, DIRECTOR, EMPLOYMENT SECURITY COMMISSION OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–1148. NORRIS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–1149. HOFFMAN ET AL. v. PUBLIC EMPLOYEES' RETIREMENT FUND. Ct. App. Ore. Certiorari denied.

No. 77–1152. BEE JAY'S TRUCK STOP, INC. v. DEPARTMENT OF REVENUE OF ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1156. ALNOA G. CORP. v. CITY OF HOUSTON, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 77–1157. TOPPS CHEWING GUM, INC. v. FLEER CORP. C. A. 3d Cir. Certiorari denied.

No. 77–1165. THOMPSON ET AL. v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 77–1166. PHILADELPHIA GAS WORKS v. GULF OIL CORP. ET AL. C. A. 3d Cir. Certiorari denied.